JS-6

Iris Bradstreet (SBN 306678)
Iris.Bradstreet@sagaftra.org

SAG-AFTRA
5757 Wilshire Boulevard, 7th Floor
Los Angeles, California 90036-3600
Telephone: (323) 549-6084
Facsimile: (323) 549-6624

Attorney for Petitioner
Screen Actors Guild - American Federation of Television and Radio Artists

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, on behalf of Affected Performers,

Petitioner,

v.

GEORGIA FILM FUND ONE, LLC,

Respondent.

Case No.: CV 26-5183-GW-MARx

**JUDGMENT**

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-American Federation of Television and Radio Artists came before the Court.

Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen

Actors Guild, Inc., ("SAG-AFTRA") and against Georgia Film Fund One, LLC. ("Respondent"), SAG-AFTRA Case No. 9656, dated May 17, 2022, is confirmed in all respects.

2. Respondent is ordered to pay as follows:

(a) To SAG-AFTRA, on behalf of affected performers, the sum of $119,859.49;

(b) To SAG-AFTRA for its attorney's fees incurred in this action, the sum of $2,984.00; and

(c) To SAG-AFTRA for its costs incurred in this action, the sum of $402.00.

3. SAG-AFTRA is hereby granted an assignment of Respondent's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled "*Gun"* aka "*The Gun*" anywhere in the world until the amounts due are paid in full.

4. SAG-AFTRA is authorized to engage in any of the remedial actions provided for in the Security Agreement.

5. The parties are to split any arbitrator fees.

Dated: July 14, 2026

George H. Wu

HON. GEORGE H. WU, U.S. District Judge